ESCAMBIA COUNTY, for the use of N. P. OLIVER and M. N. OLIVER, doing business as BAY CONSTRUCTION CO., v. MARYLAND CASUALTY CO.

161 So. 927.
Decision Filed May 7, 1935.

*John M. Coe,* for Plaintiff in Error;
*E. C. Maxwell,* for Defendant in Error.

PER CURIAM.—After careful consideration of the record, briefs, and the arguments of counsel for the respective parties, we find no error in the rulings or judgment of the trial court. Said judgment is accordingly

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.